IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00866-RPM-MEH

EFFECTECH, LLC, a Colorado limited liability company,

    Plaintiff,

v.

SCREAMWORKS ENTERTAINMENT, LLC, a Colorado limited liability company, and
CHRISTOPHER D. STAFFORD,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 12, 2008.**

    Defendants' Motion to Reconsider Minute Order of June 10, 2008 [filed June 10, 2008; doc #15] is **denied**.[1] Fed. R. Civ. P. 6 provides that an extension of time may be granted upon a showing of "good cause." Defendants have failed to articulate good cause to extend the time period within which to respond to the Motion for Preliminary Injunction to 48 days (May 22, 2008 through July 9, 2008). Rather, the 32-day time period granted by this Court in its June 10, 2008 order is more than sufficient for the issues raised in the Motion for Preliminary Injunction.

    Further, Defendants are bound by the representations of their counsel, regardless of whether new counsel has entered an appearance and disagrees with the position taken by previous counsel.

---

    [1] Counsel is reminded of the obligation to comply with D.C. Colo. LCivR 7.1A with respect to *any* motion (including the within motion), other than a motion under Fed. R. Civ. P. 12 or 56.