IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00866-RPM-MEH

EFFECTECH, LLC, a Colorado limited liability company,

    Plaintiff,

v.

SCREAMWORKS ENTERTAINMENT, LLC, a Colorado limited liability company, and CHRISTOPHER D. STAFFORD,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the stipulation for dismissal with prejudice [33], it is

    ORDERED that the complaint and action are dismissed with prejudice, each party to bear their own costs and attorney fees.

    DATED: August 4th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge